RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE  10/31/05
BY  OM

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| TONY R. BROWN, ET AL. | CIVIL ACTION NO. 04-2446 |
| versus | JUDGE STAGG |
| DIALYSIS CLINIC, INC., ET AL. | MAGISTRATE JUDGE HORNSBY |

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the complaint filed by Tony Brown and Marvin Brown is **DISMISSED** for failure to prosecute.

THUS DONE AND SIGNED at Shreveport, Louisiana, this 28th day of October, 2005.

TOM STAGG
UNITED STATES DISTRICT JUDGE